UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Theophilus Ademola Ogunleye and Eunice Remilekun Ogunleye,

Case No.: 18-13115
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

On 4/10/18, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 22, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
1. 8111 Tamarron Drive, Plainsboro, NJ - $71,000
2. 122 Nassau Street, Trenton, NJ - $100,000

Liens on property:
1. $35,000
2. $113,000

Amount of equity claimed as exempt: 1. $36,000

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 18-13115-KCF
Theophilus Ademola Ogunleye                                     Chapter 7
Eunice Remilekun Ogunleye
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2                Date Rcvd: Apr 10, 2018
                             Form ID: pdf905          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db/jdb         +Theophilus Ademola Ogunleye,    Eunice Remilekun Ogunleye,    8111 Tamarron Drive,
                 Plainsboro, NJ 08536-4316
517337988      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517337989     #+Bank Of America,    Nc4-102-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517337990      +Chevron Federal Cu,    500 12 St Ste 200,    Oakland, CA 94607-4084
517337991      +City of Trenton,    Department of Inspection,    319 East State Street,    Trenton, NJ 08608-1809
517337994      +Greenbriar Horizon Community Association,    c/o RCR Management Co. LLC,    PO Box 210,
                 Chesterfield, NJ 08515-0210
517337995      +KML Law Group, P.C. (Ditech),    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517337996       Nationwide Credit Inc (Amex),    PO Box 10354,    Des Moines, IA 50306-0354
517338003      +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
517338002      +PSE&G,   80 Park Plaza,    PO Box 570,    Newark, NJ 07101-0570
517337999      +Penn Credit,   Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
517338000      +PennCredit Corporation (PSE&G),    PO Box 1259,    Oaks, PA 19456-1259
517338001      +Premier Management Associates,    140 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2554
517338006       Trenton Water Works,    PO Box 528,    Trenton, NJ 08604-0528
517355918      +Trenton Water Works/ City of Trenton,    319 EAST STATE ST., ROOM 113,    TRENTON, NJ 08608-1809
517338008      +Us Dept Of Ed/Great Lakes Higher Educati,    2401 International Lane,    Madison, WI 53704-3121
517338007      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517337992      +E-mail/Text: mrdiscen@discover.com Apr 10 2018 22:56:36     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517337993      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 10 2018 22:57:08     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517337998      +E-mail/PDF: pa_dc_claims@navient.com Apr 10 2018 23:00:41     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517337997      +E-mail/PDF: pa_dc_claims@navient.com Apr 10 2018 23:01:18     Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
517338004      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:28:29     Syncb/home Design Hvac,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517339602      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:36     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517338005      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:52     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                    Page 2 of 2                    Date Rcvd: Apr 10, 2018
                                Form ID: pdf905                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          Allen I Gorski    on behalf of Debtor Theophilus Ademola Ogunleye agorski@gorskiknowlton.com
          Allen I Gorski    on behalf of Joint Debtor Eunice Remilekun Ogunleye agorski@gorskiknowlton.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```