UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 18-13115-KCF

Theophilus Ademola Ogunleye
Eunice Remilekun Ogunleye

Chapter: 7

Judge: Ferguson

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I _____Alyson M. Guida_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
8111 Tamarron Drive, Plainsboro, NJ / 122 Nassau Street, Trenton, NJ

JEANNE A. NAUGHTON, Clerk

Date: 05/16/2018    By: Alyson M. Guida

*rev.2/10/17*