Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–13115–KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Theophilus Ademola Ogunleye | Eunice Remilekun Ogunleye |
| 8111 Tamarron Drive | 8111 Tamarron Drive |
| Plainsboro, NJ 08536 | Plainsboro, NJ 08536 |

Social Security No.:
  xxx–xx–1624                          xxx–xx–1608

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 23, 2018</u>                 <u>Kathryn C. Ferguson</u>
                                          Judge, United States Bankruptcy Court